**Eric Arthur WALTON, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 05–6822.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2005.

Decided: Oct. 27, 2005.

Eric Arthur Walton, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Arthur Walton appeals the district court's orders denying his petition for a writ of error coram nobis and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Walton v. United States,* No. CA–03–207–1–IMK (N.D.W. Va. May 6, 2005; May 17, 2005). We deny Walton's motions for judicial notice and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*